

**ORDERED in the Southern District of Florida on March 04, 2010.**

**John K. Olson, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

TRIUMPHANT SPIRIT, LLC,                          Case No.: 09-22583-BKC-JKO

        Debtor.                          Chapter 11

_____/

### ORDER GRANTING UNITED STATES TRUSTEE'S MOTION
### TO CONVERT OR DISMISS CASE

THIS MATTER came before the Court on March 2, 2010 at 9:30 a.m. upon the United States

Trustee's Motion to Convert or Dismiss Case (the "Motion").  The Court having reviewed the

Motion and having been informed that the Debtor consents to dismissal, it is

**ORDERED** as follows:

1.      The Motion is GRANTED.

2.      The above-referenced case shall be dismissed WITH PREJUDICE for 180 days.

3.      The debtor shall pay the United States Trustee the appropriate sum required pursuant

to 28 U.S.C. Section 1930(a)(6) within 14 days of the entry of this Order and simultaneously provide

to the United States Trustee an appropriate affidavit indicating the cash disbursements for the

relevant period since the period reported on the last debtor-in-possession report filed by the debtor.

4.      The debtor shall pay the Bankruptcy Clerk of the Court any outstanding fees, costs

and charges in connection with this case within 14 days of the entry of this Order.

5.      The Court shall retain jurisdiction to enforce the provisions of this Order.

### 

Submitted by:  Ariel Rodriguez, Esq.
               U.S. Trustee's Office
               51 SW 1st Ave.
               Miami, FL 33130
               Phone: (305) 536-7285
               Fax: (305) 536-7360
               ariel.rodriguez@usdoj.gov

Copies to:

               Ariel Rodriguez, Esq.
               Susan Lasky, Esq.
               Debtor and all creditors (via Clerk of Court)